**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| NUBIAN NUH MOHAMMED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 22-CV-10425-AK |
| v. | ) | |
| | ) | |
| ALLIED UNIVERSAL and UNIVERSAL PROTECTION SERVICE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER OF DISMISSAL

**A. KELLEY, D.J.**

In accordance with the Court's Order dated May 18, 2023 (Dkt. No. 26), it is hereby

**ORDERED** that the above-entitled action be DISMISSED WITH PREJUDICE.

Dated: May 18, 2023                                             By the Court,

                                                                       /s/ Miguel Lara
                                                                       Deputy Clerk